EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Ferdinand Ferrer Escobar | 2004 TSPR 72<br><br>161 DPR ____ |

Número del Caso: TS-3875

Fecha: 14 de mayo de 2004

Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo

Abogado de la Parte Querellada:

        Lcdo. Jaime Rodríguez Rivera

Materia: Moción de Reconsideración

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ferdinand Ferrer Escobar

                    TS-3875

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de mayo de 2004.

Examinadas la moción de reconsideración y la moción de desistimiento presentadas en este caso, se reconsidera y en atención a lo señalado en el escrito de reconsideración, se deja sin efecto nuestro Per Curiam del 9 de febrero de 2004.

Se reinstala al Lic. Ferdinand Ferrer Escobar al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Corrada del Río y Rivera Pérez no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo